**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY, | Case No. CV 20-4681 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ZAVEN KHATCHATURIAN, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's September 25, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 25, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE